THE ORD FIRM, P.C.
James K. Ord, III (USB 14007)
PO Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: james@UtahADALaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| Trevor Kelley,  Plaintiff,  v.  Rue21 Inc. *doing business as* Rue 21,  Defendant. | Case No.: 2:17-cv-00718-JNP-BCW  **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**  Assigned to: Judge Jill N. Parrish Referred to: Magistrate Judge Brooke C. Wells |
|---|---|

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i) and DUCivR 54-1(b) and (d), Plaintiff, Trevor Kelley, hereby voluntarily dismisses this Action with prejudice.

**RESPECTFULLY** submitted on this 18th day of October, 2017.

/s/ *James K. Ord, III*
JAMES K. ORD, III, ESQ.
P.O. Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: james@utahADAlaw.com
*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of October 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record as follows:

Tyler V. Snow
CHRISTENSEN & JENSEN PC
257 E 200 S STE 1100
SALT LAKE CITY, UT 84111
(801) 323-5000
Email: tyler.snow@chrisjen.com
*Attorney for Defendant*

*/s/ Lisa Stamper\**
(*\* I certify that I have the signed original of this document
which is available for inspection during normal business
hours by the Court or a party to this action)*